UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KISCHA LOVING, Plaintiff, v. SANDRA "SANDY" CARRIZOSA, in her individual capacity; CYNTHIA HERRERA AKA CYNTHIA TAIT, in her individual capacity; and DOES 1-6, inclusive, Defendants. | **CV16-01366 TJH-KSx** <br><br> Judge: Hon. Terry J. Hatter, Jr. <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41** <br><br> **[JS-6]** |
|---|---|

This matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs. This Court will retain jurisdiction to enforce any aspect of the settlement agreement reached between the parties.

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

DATED: **March 7, 2018**

_____
HON. TERRY J. HATTER, JR.
United States District Judge

1

**STIPULATION TO DISMISS & ORDER**